# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN NEVADA CULINARY & BARTENDERS PENSION TRUST, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>LIMEY PUBS LLC d/b/a QUEEN VICTORIA PUB, et al.,<br><br>    Defendant(s). | 2:12-CV-1735 JCM (PAL) |

## ORDER

Presently before the court is the matter of *Southern Nevada Culinary and Bartenders Pension Trust v. Limey Pubs LLC et al*, case number 2:12-cv-01735-JCM-PAL.

Plaintiff filed a motion for preliminary injunction along with the complaint. (*See* docs. ## 1 & 4). Plaintiff subsequently amended its complaint. (Doc. # 6).

Defendant Riviera Operating Corporation ("Riviera") has been served. Riviera has filed an answer to the complaint. (Doc. # 11). However, Riviera has not filed a response to the motion for preliminary injunction. A failure to respond to a motion constitutes consent to the motion. *See* LR 702(d). Riviera has since served defendant/cross-defendant Limey Pubs LLC. (Doc. # 18).

Plaintiff's pending preliminary injunction seeks relief against defendants Riviera and Limey Pubs LLC. Both defendants are now aware of the pending preliminary injunction. Because of possible confusion about the continuing viability of the motion for preliminary injunction, the court

**James C. Mahan**
**U.S. District Judge**

1  will grant defendants additional time to oppose the motion.  Riviera and Limey Pubs are ordered to
2  file a response to plaintiff's motion for preliminary injunction within fourteen days of this order.
3      Accordingly,
4      IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED that defendants Riviera
5  Operating Corporation and Limey Pubs LLC shall file a response to plaintiff's motion for
6  preliminary injunction within fourteen days of this order.
7      DATED May 2, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -