# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN NEVADA CULINARY & BARTENDERS PENSION TRUST, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>LIMEY PUBS LLC d/b/a QUEEN VICTORIA PUB, et al.,<br><br>    Defendant(s). | 2:12-CV-1735 JCM (PAL) |

## ORDER

Presently before the court is plaintiff Southern Nevada Culinary and Bartenders Pension Trust motion for preliminary injunction. (Doc. # 4).

The parties have informed the court "that settlement terms have been reached between them which will effectively resolve all claims asserted in this case." (Doc. # 20, 1:18-19). The parties further state that "[t]he pending settlement makes a response to the motion unnecessary."

The court finds that the motion is moot in light of the settlement. The motion is denied as moot and without prejudice.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, DECREED that plaintiff's motion for preliminary

3  injunction (doc. # 4) be, and the same hereby, is DENIED as moot.

4  DATED June 7, 2013.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -